FILED

JAN 0 8 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:19-MJ-01036-M

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS, | MOTION OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS TO QUASH RESPONDENT'S SUPBOENA UNDER FED. R. CRIM. P. 17(C) |

The North Carolina State Board of Elections, through Attorney General Joshua H. Stein, moves the United States District Court for the Eastern District of North Carolina for an Order, pursuant to Federal Rule of Criminal Procedure 17(c) in the above-captioned matter, to grant the State Board's Motion to Quash Respondent's Subpoena. In support of this Motion, the State Board is relying upon the accompanying memorandum of law, the declarations of Kimberly Westbrook Strach, Gary Sims, and Monica Jackson, and accompanying exhibits. The State Board also files a proposed Order with its motion.

Dated: January 8, 2019.

Respectfully submitted,

JOSHUA H. STEIN
ATTORNEY GENERAL

Benjamin O. Zellinger
Assistant Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602

Tel: (919) 716-6400
Fax: (919) 716-6763
Bzellinger@ncdoj.gov

*Counsel for the North Carolina State Board of Elections*