

**U. S. Department of Justice**

**Robert J. Higdon, Jr.**
*United States Attorney*
*Eastern District of North Carolina*

---

*Terry Sanford Federal Building*          *Telephone (919) 856-4530*
*310 New Bern Avenue*                       *Criminal FAX (919) 856-4487*
*Suite 800*                                        *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*          *www.usdoj.gov/usao/nce*

November 13, 2018

Custodian of Records
North Carolina State Board of Elections & Ethics Enforcement

Re: Grand Jury Subpoena No. 2017R00831

Dear Sir/Madam:

You may comply with the subpoena by furnishing copies of the requested materials to Special Agent Jahaira Torrens via e-mail to jahaira.torrens@ice.dhs.gov prior to the grand jury date.

On November 7, 2018, Assistant Attorney General Zellinger indicated the information will be produced as quickly as possible due to the impending statute of limitations deadline. While we believe this information is responsive to subpoena 2017R00240(2) issued on August 31, 2018, we nevertheless are sending a separate request to preserve the possibility of initiating criminal charges. Please note that by issuing this subpoena we do not concede subpoena 2017R00240(2) was in any way improper, and pursuant to prior discussions, subpoena 2017R00240(2) has been granted an extension of compliance until January 14, 2019.

We are also requesting that you complete the Business Record Affidavit pursuant to Rule 902(11) of the Federal Rules of Evidence, as amended December 1, 2000. By submitting this affidavit with the requested documents, you may avoid the need to appear at trial to testify to the authenticity of these records. If you believe you cannot comply with this subpoena by November 14, 2018, please contact Agent Torrens at 919-332-4166.

We appreciate your cooperation in this matter.

Sincerely,

ROBERT J. HIGDON, JR.
United States Attorney

SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Criminal Division

**GOVERNMENT EXHIBIT D**

Enclosures