# UNITED STATES DISTRICT COURT

for the
Eastern District of North Carolina

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Custodian of Records
Bladen County Board of Elections

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

REQUEST FOR DOCUMENTS ONLY

| Place: U.S. District Court, EDNC<br>Lennon Federal Building<br>2 Princess Street<br>Wilmington, NC 28401 | Date and Time:<br>September 25, 2018 at 8:00am |
|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**** PLEASE SEE ATTACHMENT ****

Date: August 31, 2018

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are:

Sebastian Kielmanovich, AUSA SK
U.S. Attorney's Office, EDNC
310 New Bern Ave., Suite 800
Raleigh, North Carolina 27601
(919) 856-4530

USAO # 2017R00240(7)

GOVERNMENT
EXHIBIT
F

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)* _____

was received by me on *(date)* _____ .

□  I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

□  I returned the subpoena unexecuted because: _____

_____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT TO SUBPOENA ISSUED TO:

**CUSTODIAN OF RECORDS**

**BLADEN COUNTY BOARD OF ELECTIONS**

DOCUMENTS REQUESTED:

Any and all poll books, e-poll books, voting records, and/or voter authorization documents, and executed official ballots (including absentee official ballots), that were submitted to, filed by, received by, and/or maintained by the Bladen County Board of Elections from August 30, 2013 through August 30, 2018.

# INSTRUCTIONS FOR SUBMITTING GRAND JURY DOCUMENTS

## UNLESS OTHERWISE REQUESTED, ALL FINANCIAL RECORD REQUESTS SHOULD BE DELIVERED IN ELECTRONIC FORMAT

IN LIEU OF PERSONAL APPEARANCE BEFORE THE GRAND JURY TO DELIVER THE DOCUMENTS, YOU MAY COMPLY WITH THE TERMS OF THE GRAND JURY SUBPOENA THE FOLLOWING SHIPPING PROCEDURES:

1. Mail Electronic Media: Electronic media (DVDs, CDs, flash drives, etc.) may be physically mailed to the address identified on the subpoena. The mailed media must be packaged securely by sending either 1) by a dedicated courier such as FedEx, UPS, etc., or 2) standard U.S. Postal mail. All media mailed using these this method must be shipped using a dual-container configuration. This means media must be packaged in two nested, or double wrapped, containers; e.g., an inner envelope packed within an outer shipping envelope. The recipient's name and "To be Opened by Addressee Only" should be clearly annotated on the inner envelope. When using these mailing methods, the electronic media itself does not need to be encrypted.

> **Special Agent Jahaira Torrens**
> **HSI-ICE**
> **140 Centrewest Court**
> **Cary, NC 27513**
>
> **(919) 332-4166**

**A COPY OF THE SUBPOENA MUST BE INSERTED INSIDE THE SEALED ENVELOPE OR PACKAGE.**

When the size, weight or nature of the grand jury material precludes the use of envelopes or standard packaging, the material used for packaging shall be of sufficient strength and durability to protect the information from unauthorized or accidental disclosure. Grand Jury material may be transmitted through reliable mail and courier services only if specifically requested in paper form and properly protected by following the dual-container configuration.

OR

2. In-Person Delivery: If the documents are too voluminous to securely ship following one of the procedures above, you may release the documents requested in-person to the agent serving this subpoena upon you.

If you choose to follow either of the procedures above, it will not be necessary for anyone associated with your office to physically appear before the grand jury.



**U. S. Department of Justice**

*Robert J. Higdon, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*          *Telephone (919) 856-4530*
*310 New Bern Avenue*                     *Criminal FAX (919) 856-4487*
*Suite 800*                               *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*      *www.usdoj.gov/usao/nce*

August 31, 2018

Custodian of Records
Bladen County Board of Elections

Re: Grand Jury Subpoena No. 2017R00240(7)

Dear Sir/Madam:

You may comply with the subpoena by personally appearing before the Grand Jury or furnishing copies (originals, if specified) of the requested materials to Special Agent Jahaira Torrens prior to the grand jury date. If you choose to mail the documents, an instruction for mailing grand jury documents is attached.

We are also requesting that you complete the Business Record Affidavit pursuant to Rule 902(11) of the Federal Rules of Evidence, as amended December 1, 2000. By submitting this affidavit with the requested documents, you may avoid the need to appear at trial to testify to the authenticity of these records.

We appreciate your cooperation in this matter.

Sincerely,

ROBERT J. HIGDON, JR.
United States Attorney

SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Criminal Division

Enclosures

Case 5:19-mj-01036-M   Document 10-7   Filed 01/15/19   Page 5 of 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                              )
                                    )        **BUSINESS RECORD AFFIDAVIT**
                                    )        **FED. R. EVID 902(11)**
**Grand Jury Subpoena**             )
2017R00240(7)                       )

I am personally acquainted with the facts stated herein and make this statement under penalty of perjury.

I am the custodian of records for _____ (herein after referred to as "Agency"). The documents made by the Agency and produced in compliance with the subpoena duces tecum (consisting of _____ pages attached hereto) are memoranda, reports, records or data compilations of acts, events, conditions, opinions or diagnoses that were made at or near the time, by or from information transmitted by a person with knowledge and that have been kept in the course of the Agency's regularly conducted business activity. It has been the Agency's regular practice in that business activity to make those memoranda, reports, records or data compilations. Neither the source of information, nor the method or circumstances of preparation, indicate a lack of trustworthiness for those memoranda, reports, records or data compilations.

_____
Affiant

Sworn to and subscribed before me
this the _____ day of _____, 2018.

_____
Notary Public
My Commission expires: _____