

# U. S. Department of Justice

### *Robert J. Higdon, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*     *Telephone (919) 856-4530*
*310 New Bern Avenue*     *Criminal FAX (919) 856-4487*
*Suite 800*     *Civil FAX (919) 856-4821*
*·Raleigh, North Carolina 27601-1461*     *www.usdoj.gov/usao/nce*

September 7, 2018

Joshua Lawson
General Counsel
North Carolina State Board of Elections
430 N. Salisbury St.
Raleigh, NC 27603-5918

Dear Mr. Lawson:

According to news reports, the State Board of Elections has voted to ask the North Carolina Attorney General to seek to quash the subpoenas recently issued both to the State Board of Elections and to various County Boards of Elections in the Eastern District of North Carolina. Although we are confident in the appropriateness of the subpoenas, you have the right to seek court review of this; and we look forward to the opportunity to present our position to the court. Feel free to have your attorney(s) contact us to discuss this, if you wish.

In the meantime, we want to remind you of the obligation of both you and the County Boards to preserve all documents that are reasonably subject to the subpoena, pending a court determination of the appropriateness of the subpoena. This obligation exists even if documents would normally be subject to destruction pursuant to an otherwise valid document retention policy. *See, e.g., United States v. Quattrone*, 441 F.3d 153, 172 (2d Cir. 2006).

It is our understanding that there are document retention policies in place that would otherwise allow the State Board and/or the County Boards to destroy documents as early as tomorrow, in the ordinary course of business. However, now that you and they are aware of the subpoenas, you and they have the obligation to preserve all such documents pending a court resolution of the issue.

Furthermore, we wish to clarify, especially for the County Boards, that the request for voting records and voting authorization documents would include, without limitation, all Absentee Applications and Certificates (including envelopes) for the time period specified in the subpoenas.



GOVERNMENT
EXHIBIT
H

We look forward to discussing this with your attorney(s). Please let us know who will be representing you, so we know with whom to have these conversations.

Sincerely,



Sebastian Kielmanovich
Assistant United States Attorney
Eastern District of North Carolina
310 New Bern Ave, Suite 800
Raleigh, NC 27601
(919)856-4530/4487(f)

Cc: County Boards of Elections within the Eastern District of North Carolina.

2