# NORTH CAROLINA
## State Board of Elections & Ethics Enforcement

*Mailing Address:*
P.O. Box 27255
Raleigh, NC 27611-7255

Phone: (919) 814-0700
Fax: (919) 715-0135

# NUMBERED MEMO 2018-09

**TO:**     County Boards of Elections

**FROM:**   Kim Strach, Executive Director

**RE:**     **Preservation of Documents from 2016 General Election and Ballot Secrecy**

**DATE:**   September 7, 2018

## Retention of 2016 General Election Records

In light of recent subpoenas issued by the U.S Attorney's Office for the Eastern District of North Carolina, <u>county boards of elections are instructed to preserve documents described below.</u> A number of key terms in the below descriptions are exceedingly vague. Out of an abundance of caution, when in doubt, do not delete, alter, or destroy any document that may reasonably fall within any descriptions below:

Any and all voter registration applications and/or other documents, as identified below, that were submitted to, filed by, received by, or maintained by the North Carolina State Board of Elections from January 1, 2010, through August 30, 2018, within any of the counties in North Carolina. To include, but not limited to:

1. Standard Voter Registration Application forms
2. Federal Post Card Applications (FPCA)
3. Federal Write-In-Absentee Ballots (FWAB)
4. One-Stop (Early Voting) application forms
5. Provisional Voting forms
6. N.C. Absentee Ballot Request forms
7. Any and all "Admission or Denial of Non-Citizen Return Form" that were generated by the North Carolina State Board of Elections, or were caused to be generated by the North Carolina Board of Elections, and/or the Ethics Enforcement Office.
8. Any and all Voter Registration Cancellation or Voter Revocation forms that have been generated by the North Carolina State Board of Elections, and/or the Ethics Enforcement Office.



GOVERNMENT EXHIBIT

I

*430 N. Salisbury Street ▪ Raleigh, NC 27603*

Any and all poll books, e-poll books, voting records, and/or voter authorization documents, and executed official ballots (including absentee official ballots), that were submitted to, filed by, received by, and/or maintained by the ▮ County Board of Elections from August 30, 2013 through August 30, 2018.

Furthermore, we wish to clarify, especially for the County Boards, that the request for voting records and voting authorization documents would include, without limitation, all Absentee Applications and Certificates (including envelopes) for the time period specified in the subpoenas.

This retention request expands the scope of Numbered Memo 2018-04. Due to the broad scope of the subpoena issued to the State Board, all 100 county boards of elections are instructed to preserve the above documents.

## Secrecy of Voted Ballots

State law protects the right of voters to a secret ballot. County boards of elections are reminded that G.S. § 163A-1105(e) prohibits the disclosure of voted ballots or paper or electronic records of individual voted ballots absent a court order. It is a Class 1 misdemeanor for you or anyone with access to voted ballots or records to knowingly disclose these documents without a court order.

## State Board Order.

The State Board's Order regarding representation by the Attorney General's office is enclosed. No additional action by the county boards or county attorneys is required at this time.

STATE OF NORTH CAROLINA
WAKE COUNTY

BEFORE THE STATE BOARD OF ELECTIONS & ETHICS ENFORCEMENT

IN THE MATTER OF: SUBPOENAS )
ISSUED BY THE U.S. ATTORNEY'S )      **ORDER**
OFFICE FOR THE EASTERN )
DISTRICT OF NORTH CAROLINA )

THE STATE BOARD OF ELECTIONS & ETHICS ENFORCEMENT ("State Board") held a public meeting on September 7, 2018, after considering certain grand jury subpoenas issued on or about August 31, 2018 to the State Board and forty-four county boards of elections (the "Subpoenas") within the jurisdiction of the U.S. Attorney's Office for the Eastern District of North Carolina.

Upon the unanimous vote of its members, and pursuant to its supervisory authority over elections administration under G.S. §§ 163A-741(a) and 163A-745, the State Board hereby **ORDERS**:

The Attorney General of North Carolina is authorized to take steps necessary to quash the Subpoenas and any associated subpoenas on behalf of the State Board and all affected county boards of elections.

This the seventh day of September, 2018.

_____
J. Anthony Penry, Chair
STATE BOARD OF ELECTIONS
& ETHICS ENFORCEMENT

# JOHNSON & JOHNSON
### ATTORNEYS AT LAW, P.L.L.C.
302 W. BROAD STREET
POST OFFICE BOX 2212
ELIZABETHTOWN, NORTH CAROLINA 28337
genmail@johnsonlawyers.net

William Leslie Johnson, Jr.
William Leslie Johnson, III
Samuel Weston Johnson
Allen Morgan Johnson

www.johnsonlawyers.net
Telephone No.: (910) 862-2252
Toll Free No.: (866) 881-2252
Fax No.: (910) 862-8006

September 5, 2018

Sebastian Kielmanovich
U.S. Attorney's Office, EDNC
310 New Bern Ave., Suite 800
Raleigh, North Carolina 27601
Sebastian.Kielmanovich@usdoj.gov

Via: certified mail

Re: BLADEN COUNTY BOARD OF ELECTIONS
SUBPOENA TO TESTIFY BEFORE A GRAND JURY
UNITED STATES DISTRICT COURT
WILMINGTON, NC 28401
SEPTEMBER 25, 2018 AT 8:00AM

Dear Mr. Kielmanovich:

Please be advised that I am the Attorney for the Bladen County Board of Elections. We have received your Subpoena today, September 4, 2018 to produce any and all poll books, e-poll books, voting records, and/or voter authorization documents, and executed official ballots (including absentee official ballots), that were submitted to, filed by, received by, and/or maintained by the Bladen County Board of Elections from August 30, 2013 through August 30, 2018.

It is impossible for the Bladen County Board of Elections to comply with your Subpoena as stated. Some of our documents and paperwork is in Raleigh North Carolina, in the possession of Ms. Joan Fleming Chief Investigator for the State Board of Elections.

Documents you are requesting represent thousands of ballots and thousands of other support items, i.e. regulation forms, ATV, etc. We do not have the staff or sufficient time needed for such a massive task. However, we do want to cooperate and do anything possible to provide all needed assistance.

Please find enclosed the Agreement To Preserve our records signed by Cynthia P. Shaw Director of the Bladen County Board of Elections dated September 7, 2018.

Best regards,

Respectfully,

W. Leslie Johnson, Jr

WLJ,Jr./dce

cc: Greg Martin
    Cynthia Shaw
    Bobby Ludlum
    Commissioners
    S/A Jahaira Torrens

## AGREEMENT TO PRESERVE RECORDS

I HEREBY AGREE TO PRESERVE AND NOT DESTROY THE FOLLOWING RECORDS UNTIL SUCH TIME THEY ARE PRODUCED PURSUANT TO THE SERVED FEDERAL GRAND JURY SUBPOENA.

Any and all poll books, e-poll books, voting records, and/or voter authorization documents, executed official ballots, absentee official ballots, and absentee application and certificate envelopes, that were submitted to, filed by, received by, and/or maintained by the _____ Bladen County Board of Elections from August 30, 2013 through August 30, 2018.

CUSTODIAN OF RECORDS
Bladen COUNTY BOARD OF ELECTIONS

Sept 7, 2018
DATE

## AGREEMENT TO PRESERVE RECORDS

I HEREBY AGREE TO PRESERVE AND NOT DESTROY THE FOLLOWING RECORDS UNTIL SUCH TIME AS THEY ARE REQUIRED TO BE PRODUCED PURSUANT TO THE SERVED FEDERAL GRAND JURY SUBPOENA DATED AUGUST 31, 2018.

Any and all poll books, e-poll books, voting records, and/or voter authorization documents, executed official ballots, absentee official ballots, and absentee application and certificate envelopes, that were submitted to, filed by, received by, and/or maintained by the Edgecombe County Board of Elections from August 30, 2013 through August 30, 2018.

By executing this Agreement to Preserve Records, the Edgecombe County Board of Elections does not waive any objections it may have to the Grand Jury Subpoena that is the subject of this agreement nor does it acknowledge that the documents described above are subject to being produced in response to the Grand Jury Subpoena..

**CUSTODIAN OF RECORDS**
**EDGECOMBE COUNTY BOARD OF ELECTIONS**

**DATE**

## AGREEMENT TO PRESERVE RECORDS

I HEREBY AGREE TO PRESERVE AND NOT DESTROY THE FOLLOWING RECORDS UNTIL SUCH TIME THEY ARE PRODUCED PURSUANT TO THE SERVED FEDERAL GRAND JURY SUBPOENA.

Any and all poll books, e-poll books, voting records, and/or voter authorization documents, executed official ballots, absentee official ballots, and absentee application and certificate envelopes, that were submitted to, filed by, received by, and/or maintained by the Jones County Board of Elections from August 30, 2013 through August 30, 2018.

_9-6-18_
**DATE**

**CUSTODIAN OF RECORDS**
Jones **COUNTY BOARD OF ELECTIONS**