JOSH STEIN
ATTORNEY GENERAL



BOZ ZELLINGER
ASSISTANT ATTORNEY GENERAL

September 7, 2018

Via E-mail and U.S. Mail

Sebastian Kielmanovich
Assistant United States Attorney
Eastern District of North Carolina
310 New Bern Avenue, Suite 800
Raleigh, NC 27601

RE: Subpoenas Addressed to the North Carolina Bipartisan State Board of Elections and Ethics Enforcement and to 44 County Boards of Elections

Dear Mr. Kielmanovich:

This Office represents the North Carolina Bipartisan State Board of Elections and Ethics Enforcement (State Board) in this matter. I write in response to your letters dated September 6, 2018, one of which was addressed to Joshua Lawson, General Counsel to the State Board, and others of which were sent to a number of county boards of elections (county boards) within the Eastern District of North Carolina. The State Board has determined that responses to the subpoenas recently delivered by your office to the State Board (State Subpoena) and county boards (County Subpoenas) must be coordinated by and through the State Board in order to prevent threats to the uniform administration of North Carolina's election laws.

On September 7, 2018, the State Board voted unanimously, pursuant to its supervisory authority over elections administration under N.C.G.S. §§ 163A-741(a) and 163A-745, to ask this Office to assist it in responding to both the State Subpoena and County Subpoenas.

As has been our practice, the Attorney General's Office, State Board, and county boards stand ready to assist law enforcement at all levels in the investigation of crimes, including those involving the elections process. We further understand and appreciate that grand juries occupy a unique and critically important role in our criminal justice system.

I am certain the United States Department of Justice likewise appreciates that personal information of voters is highly sensitive, and that in particular, the confidential ballots voters cast in elections are sacrosanct. I trust you are also aware that the State Board and county boards play a central role in administering elections in this State, including but not limited to securing and



GOVERNMENT
EXHIBIT

maintaining registration and voting information regarding millions of North Carolina voters. They do so very ably, but within the constraints of limited budgets and staffs.

For the reasons summarized below, I am writing to ask that you immediately withdraw the subpoenas delivered to the State Board and county boards. These subpoenas are plainly overbroad, seeking detailed records regarding each of our State's nearly 7 million registered voters, and going back more than 8 years. Compliance with these subpoenas, even if amended in accordance with your letter of September 6, 2018, would impose severe burdens on the State Board and county boards.

The State Subpoena and the County Subpoenas seek an unprecedented number of voter documents and records. In effect, these subpoenas appear to be a dragnet through the detailed records that the State and its counties maintain for each of the nearly 7 million voters in the State. The records requested in the State Subpoena include all voter registration applications, one-stop applications, absentee ballot requests, and provisional voting forms *for every single voter in North Carolina*, that were submitted any time after January 1, 2010. These application and request forms contain driver's license numbers, social security numbers, and addresses of every single North Carolina voter over the last 8 years. A responsive production to the State Subpoena alone would constitute more than 15 million documents. The County Subpoenas are similar in scope, seeking, among other items, the voting records of every single voter in each county from the last five years. We do not yet have a full estimate of the number of documents this would involve, but it is undoubtedly enormous.

The subpoenas also request that the boards turn over to the federal government all ballots in their possession from elections conducted within the last 5 years. We understand your letter to have amended that request to allow for redaction of voters' choices on executed ballots. We estimate that the amended request would require redaction of at least 2.2 million ballots, an extraordinarily burdensome task for the State Board and county boards to undertake.

As you acknowledged in your September 6 letter, the subpoenas, as currently written, may require substantial "revis[ion of] the scope of the subpoenas and limit[ation of] production to those documents which are most relevant to the inquiry." We obviously are limited in what we know about the nature of your inquiry, so we are unable at this time to suggest a way to narrow the scope of the subpoenas to something that might be manageable by the State Board and county boards.

Given the untenable nature of the subpoenas as currently drafted, even if amended in accordance with your September 6 letter to extend the compliance date and to allow for redaction of voters' choices on ballots, we must request that the subpoenas be withdrawn immediately.

We invite you to reissue subpoenas that are appropriately tailored to documents relevant to your inquiry. We expect that appropriately tailored subpoenas will not ensnare information related to such an overwhelming number of voters in this State and will avoid imposing a significant administrative burden on our State and County election officials and staff.

We will gladly discuss this matter with you at your earliest convenience. However, if you choose not to withdraw the State Subpoena and County Subpoenas, we will have no option but to request judicial relief. If we are unable to resolve this matter by Monday, September 10, we intend to move to quash these subpoenas.

Please contact me to discuss further.

Sincerely,

Boz Zellinger
Assistant Attorney General
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603
919-716-6520
bzellinger@ncdoj.gov