

### U. S. Department of Justice

### *Robert J. Higdon, Jr.*
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*          *Telephone (919) 856-4530*
*310 New Bern Avenue*                    *Criminal FAX (919) 856-4487*
*Suite 800*                                  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*       *www.usdoj.gov/usao/nce*

September 10, 2018

Benjamin O. Zellinger
Assistant Attorney General
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603

Dear Mr. Zellinger:

Thank you for your letter dated September 7, 2018. As we offered in our earlier letter of the same date, we welcome sitting down with you to discuss this matter, in hopes of an amicable resolution. We are confident that our subpoenas are valid, but we remain more than willing to work out a mutually acceptable solution. Furthermore, in our previous letter, we made clear that we do not want to affect the upcoming election, we do not want to know how anyone voted in the past, and we can postpone compliance until January 2019.

We recently became aware of a state document retention policy that we believed created a clear and present danger that documents necessary for the investigation were subject to being destroyed if we did not act quickly. Because of this potential destruction of records, we are simply not in a position to unilaterally withdraw the subpoena at this time, as you have requested.

We are ready, willing and able to sit down with you today to attempt to resolve this matter. Please let us know what time you are able to meet.

Sincerely,

Sebastian Kielmanovich
Assistant United States Attorney
Eastern District of North Carolina
310 New Bern Ave, Suite 800
Raleigh, NC 27601
(919)856-4530/4487(f)



GOVERNMENT
EXHIBIT
K