**BOARD OF COMMISSIONERS**
Jerry Evans, Chairman
Jerry E. Langley, Vice Chairman
Ed Booth
Gary L. Brinn
Stan Deatherage
Hood Richardson
Frankie Waters



**COUNTY OFFICIALS**
Brian M. Alligood, County Manager
Katie Mosher, Clerk to the Board
Anita C. Radcliffe, Finance Director
David Francisco, County Attorney

**BEAUFORT COUNTY**
**NORTH CAROLINA**

December 7, 2018

The Honorable Robert J. Higdon, Jr.
U.S Attorney for the Eastern District of NC
Office of the United States Attorney
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, North Carolina 27601-1461

Dear Mr. Higdon, Jr.:

At a regular meeting on December 3, 2018, the Beaufort County Board of Commissioners voted 5-2 in favor of the following motion:

> "Be it resolved the Beaufort County Board of Commissioners supports efforts by the Wilmington Federal District Attorney, the US Immigration and Customs Enforcement Agency, and the US Department of Homeland Security to stop illegal voting."

The Board directed that this adopted motion be forwarded to you for your consideration.

Thank you for your assistance with this matter.

Sincerely,

Brian M. Alligood
County Manager



GOVERNMENT
EXHIBIT
L

**BEAUFORT COUNTY ADMINISTRATION BUILDING**
121 West 3rd Street * Washington, North Carolina 27889 * Phone (252) 946-0079 * Fax (252)-946-7722

Case 5:19-mj-01036-M    Document 10-13    Filed 01/15/19    Page 1 of 1