UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. [SEALED]
NO. [SEALED]

IN RE SEALED MATTER ) ORDER

Pursuant to the All Writs Act (28 U.S.C. § 1651(a)) and the Court's inherent authority, and for good cause shown in this on-going sealed matter, the Court hereby orders that the Damon Circosta (in his official capacity as Chair of the North Carolina State Board of Elections), Greg Flynn (in his official capacity as Chair of the Wake County Board of Elections), the North Carolina State Board of Elections, and all 44 county boards of elections in the Eastern District of North Carolina are temporarily prohibited from disclosing the records that are the subject of a recently filed public records action pending in Wake County (N.C.) Superior Court and captioned, *Capitol Broadcasting Co., Inc. v. Circosta*, No. 19-CVS-12694 (N.C. Super. Ct. Sept. 27, 2019). The non-disclosure order shall remain in effect for six months, up to and including May 27, 2020. The Court hereby directs the litigants in this on-going sealed matter to confer in advance of the May 27, 2020 deadline and to notify the Court if a continued non-disclosure order is necessary.

1

Furthermore, on January 18, 2019, the Court issued an order prohibiting the boards from publicly discussing or disclosing the matters at issue in the on-going sealed matter. That order, which encompasses the documents at issue here, remains in full force and effect.

This order shall not be sealed, and shall be served on the boards. The boards may thereafter provide a copy of this order to the plaintiffs and the court in *Capitol Broadcasting Co., Inc. v. Circosta*, No. 19-CVS-12694 (N.C. Super. Ct. Sept. 27, 2019).

SO ORDERED, this \_\_11\_\_ day of December, 2019.

*Terrence W. Boyle*
TERRENCE W. BOYLE
Chief United States District Judge

2

Case 5:19-mj-01036-M   Document 29   Filed 12/12/19   Page 2 of 2