FILED

MAR 0 9 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. [SEALED]
NO. [SEALED]

|  |  |  |
|---|---|---|
| IN RE SEALED MATTER | ) ) ) ) ) ) ) ) ) ) ) | ORDER |

For good cause shown on motion of the United States of America, it is hereby ORDERED that the non-disclosure order originally entered on December 12, 2019 is lifted.

This order shall not be sealed, and shall be served on the boards. The United States may also provide a copy of this order to the appellants and the court in *In re Capitol Broadcasting Co., Inc.*, Nos. 20-1651, 20-1652 (4th Cir.).

SO ORDERED, this 5th day of MARCH, 2021.

RICHARD E. MYERS II
Chief United States District Judge