UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-MJ-1036-BO
NO. 5:19-MJ-1037-BO

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS | ORDER<br><br>**(UNDER SEAL)** |

Pursuant to Federal Rule of Criminal Procedure 6(e), and for the reasons articulated in the United States' motion and supporting memorandum, it is hereby ORDRED as follows:

1. The docket and filings in this case shall be unsealed as of March 20, 2021, except for any filings that the United States determines should remain sealed or be redacted. The United States shall have until March 19, 2021 to identify those filings and to file any redacted copies.

2. The United States is authorized to immediately send to the North Carolina State Board of Elections ("Board") the report filed with the United States' motion to lift the seal.

3. All records currently being preserved by the Board, the 44 county boards of elections in the Eastern District of North Carolina, and the North Carolina

1

Division of Motor Vehicles pursuant to the August 31, 2018 grand jury subpoenas shall be released from those subpoenas.

4. All other materials that would disclose a matter occurring before the grand jury shall remain sealed.

SO ORDERED, this 5th day of March, 2021.

*Richard E. Myers II*
RICHARD E. MYERS II
Chief United States District Judge