FILED
MAR 1 9 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ 71\ ___ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-MJ-1036-BO
NO. 5:19-MJ-1037-BO

|   |   |
|---|---|
| IN RE GRAND JURY SUBPOENAS ) ) ) ) ) ) ) ) | THE UNITED STATES' NOTICE OF PROPOSED REDACTIONS<br><br>**(UNDER SEAL)** |

Pursuant to the Court's March 9, 2021 order, the United States of America, by and through the Acting United States Attorney for the Eastern District of North Carolina, hereby notifies the Court of the documents that the United States proposes redacting before they are unsealed. Contemporaneously with and as attachments to this notice, the United States is filing redacted copies of the documents identified below (together with any exhibits that were originally filed with each document). The United States respectfully requests that the original, unredacted versions of these documents remain sealed at this time.

As indicated in the United States' motion to unseal, the State of North Carolina has requested an opportunity to respond to the United States' proposed redactions before the Court rules on them. The United States is serving this notice on the State, along with the redacted versions of the documents listed below, consistent with the certificate of service appended to this filing.

1

| ATT. NO. | DOCUMENT | DATE FILED | REASON FOR REDACTION |
|---|---|---|---|
| 1 | United States' Response in Opposition to the Motion of the North Carolina Board of Elections to Quash Respondent's Subpoena | Jan. 15, 2019 | **Page 3 n.4** – The referenced information concerns unrelated investigative activity.<br><br>**Page 12 n.18** – The referenced information concerns unrelated investigative activity.<br><br>**Exhibit List** – The referenced information concerns unrelated investigative activity.<br><br>**Gov't Ex. A** – The referenced document concerns unrelated investigative activity.<br><br>**Gov't Ex. B** – The referenced information is personal identifiable voter data.<br><br>**Gov't Ex. C** – The referenced information is personal identifiable voter data. |
| 2 | United States' Response in Opposition to the Motion of the North Carolina Division of Motor Vehicles to Quash Respondent's Subpoena | Jan. 15, 2019 | **Page 2 n.2** – The referenced information concerns unrelated investigative activity.<br><br>**Exhibit List** – The referenced information concerns unrelated investigative activity.<br><br>**Gov't Ex. A** – The referenced document concerns unrelated investigative activity.<br><br>**Gov't Ex. B** – The referenced information is personal identifiable voter data.<br><br>**Gov't Ex. C** – The referenced information is personal identifiable voter data. |

| ATT. NO. | DOCUMENT | DATE FILED | REASON FOR REDACTION |
|---|---|---|---|
| 3 | United States' Memorandum in Support of Its Motion for a Non-Disclosure Order | Feb. 11, 2019 | **Page 17 n.16** – The referenced information concerns unrelated investigative activity. |
| 4 | United States' Memorandum in Support of Its Unopposed Motion for a Non-Disclosure Order | Dec. 5, 2019 | **Page 9 n.9** – The referenced document remains sealed before another court in this District. |
| 5 | United States' Response in Opposition to the Media's Motion for Leave to Move to Intervene | Apr. 13, 2020 | **Page 8 n.8** – The referenced matter remains sealed before another court in this District.<br><br>**Page 9 & n.10** – The referenced information concerns investigative activity in other districts.<br><br>**Page 11 n.11** – The referenced document remains sealed before another court in this District. |
| 6 | United States' Response in Opposition to the Media's Motion to Intervene | May 7, 2020 | **Page 7 n.10** – The referenced matter remains sealed before another court in this District.<br><br>**Page 8** – The referenced information concerns investigative activity in another district.<br><br>**Page 10 n.12** – The referenced document remains sealed before another court in this District. |
| 7 | United States' Memorandum in Support of Its Unopposed Motion to Extend a Non-Disclosure Order | May 27, 2020 | **Page 2** – The referenced information relates to on-going investigative activity.<br><br>**Page 9 n.9** – The referenced matter remains sealed before another court in this District.<br><br>**Page 10** – The referenced information relates to on-going investigative activity. |

| ATT. NO. | DOCUMENT | DATE FILED | REASON FOR REDACTION |
|---|---|---|---|
| | | | **Page 11** – The referenced information concerns investigative activity in another district.<br><br>**Page 13 n.10** – The referenced document remains sealed before another court in this District. |
| 8 | United States' Response in Opposition to the Media's Second Motion for Leave to Intervene and Motion to Unseal | June 23, 2020 | **Page 8** – The referenced information relates to on-going investigative activity.<br><br>**Page 8 n.11** – The referenced matter remains sealed before another court in this District.<br><br>**Page 9** – The referenced information relates to on-going investigative activity.<br><br>**Page 10** – The referenced information concerns investigative activity in another district.<br><br>**Page 12 n.12** – The referenced document remains sealed before another court in this District. |
| 9 | United States' Memorandum in Support of Its Second Unopposed Motion to Extend a Non-Disclosure Order | Nov. 23, 2020 | **Page 5** – The referenced document remains sealed by order of the United States Court of Appeals for the Fourth Circuit.[1]<br><br>**Page 10 n.9** – The referenced matters remain sealed before other courts in this District. |

---

[1] After this Court's docket and filings are unsealed, the United States anticipates moving to unseal certain filings in *In re Capitol Broadcasting Co., Inc.*, Nos. 20-1651, 20-1652 (4th Cir.). At this time, however, the United States must comply with the Fourth Circuit's sealing order. *See id.*, [D.E. 28] (4th Cir. Aug. 25, 2020).

| ATT. NO. | DOCUMENT | DATE FILED | REASON FOR REDACTION |
|---|---|---|---|
| | | | **Pages 10-11** – The referenced information relates to cooperators and to on-going investigative activity.<br><br>**Page 16** – The referenced information and document remain sealed by order of the United States Court of Appeals for the Fourth Circuit.<br><br>**Page 21** – The referenced information and document remain sealed by order of the United States Court of Appeals for the Fourth Circuit.<br><br>**Page 22 n.13** – The referenced information relates to on-going investigative activity.<br><br>**Page 24** – The referenced document remains sealed by order of the United States Court of Appeals for the Fourth Circuit. |
| 10 | United States' Unopposed Motion to Lift Non-Disclosure Order | Feb. 23, 2021 | **Page 5** – The referenced document remains sealed by order of the United States Court of Appeals for the Fourth Circuit. |
| 11 | United States' Memorandum in Support of Its Unopposed Motion to Lift Seal and for Authority to Disclose Certain Grand Jury Material | Feb. 26, 2021 | **Page 7** – The referenced document remains sealed by order of the United States Court of Appeals for the Fourth Circuit.<br><br>**Page 8** – The referenced information remains sealed by order of the United States Court of Appeals for the Fourth Circuit.<br><br>**Page 12** – The referenced document and information remain |

| ATT. NO. | DOCUMENT | DATE FILED | REASON FOR REDACTION |
|---|---|---|---|
| | | | sealed by order of the United States Court of Appeals for the Fourth Circuit. **Page 13** – The referenced document and information remain sealed by order of the United States Court of Appeals for the Fourth Circuit. **Att. 1, at 7** – The referenced matter remains sealed before another court in this District. **Att. 1, at 13** – The referenced matter remains sealed before another court in this District. **Att. 1, at 21** – The referenced information relates to on-going investigative activity. |

Respectfully submitted this 19th day of March, 2021.

                                    G. NORMAN ACKER, III
                                    Acting United States Attorney

By:     /s/ C. Michael Anderson
         C. MICHAEL ANDERSON
         Assistant United States Attorney
         150 Fayetteville Street, Suite 2100
         Raleigh, NC 27601
         Telephone: (919) 856-4530
         Facsimile: (919) 856-4821
         N.C. Bar Number: 42646
         michael.anderson7@usdoj.gov

*Attorney for the United States*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 19th day of March, 2021, I have served a copy of the foregoing **sealed** document, together with its attachments, on the parties below, by depositing a copy with the United States Postal Service, addressed as follows:

Benjamin O. Zellinger
Assistant Attorney General
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603
bzellinger@ncdoj.gov

Paul M. Cox
Special Deputy Attorney General
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603
pcox@ncdoj.gov

*Attorneys for the North Carolina State Board of Elections and for the 44 County Boards of Elections in the Eastern District of North Carolina*

By: /s/ C. Michael Anderson
C. MICHAEL ANDERSON
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Facsimile: (919) 856-4821
N.C. Bar Number: 42646
michael.anderson7@usdoj.gov
*Attorney for the United States*