FILED

MAR 2 5 2021



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:19-MJ-01036-BO
CASE NO. 5:19-MJ-01037-BO

| IN RE GRAND JURY SUBPOENAS | **ORDER** |
|---|---|

Before the court is the United States' Notice of Proposed Redactions. DE 67. The court has reviewed the proposed redactions and finds them proper and consistent with orders issued in these cases. The Clerk of the Court is directed to file the redacted attachments to the Notice and to maintain under seal the following documents until further order of the court:

No. 5:19-MJ-01036-BO

DE 10, 10-1, 10-2, 10-3, and 10-4
DE 18
DE 28
DE 35
DE 43
DE 47
DE 58
DE 61
DE 63
DE 67

No. 5:19-MJ-01037-BO

DE 10, 10-1, 10-2, 10-3, and 10-4
DE 18
DE 26
DE 33
DE 41
DE 45
DE 55

No. 5:19-MJ-01037-BO (cont'd)

DE 58
DE 60
DE 64

SO ORDERED this 24th day of March, 2021.

*Richard E Myers II*

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE