UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-MJ-1036-M
NO. 5:19-MJ-1037-M

FILED
MAR 26 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

IN RE GRAND JURY SUBPOENAS ) ORDER

On March 9, 2021, and pursuant to a motion from the United States, the Court ordered that the docket and filings in these matters be unsealed as of March 20, 2021, except for any filings that the United States determines should remain sealed or be redacted. On March 19, 2021, the United States identified 11 documents that it believed needed to be redacted before they were unsealed. On March 25, 2021, after reviewing those redactions and determining that they were proper and consistent with orders in these cases, the Court ordered that the redacted documents be filed and that the original, unredacted versions remain sealed. For clarity, and for the reasons explained in the United States' February 26, 2021 motion to unseal, the Court now ORDERS as follows:

1. The docket and all filings in this case (including the transcript of the January 18, 2019 hearing, and all *ex parte* filings from the United States) shall be unsealed, except for the unredacted versions of the documents identified in the Court's March 25, 2021 order, which shall remain sealed.

1

2. All other materials that would disclose a matter occurring before the grand jury shall remain sealed.

SO ORDERED, this 26th day of March, 2021.

*Richard E Myers II*
RICHARD E. MYERS II
Chief United States District Judge